BEFORE: JOAN M. AZRACK					DATE: 5/10/2016  
UNITED STATES DISTRICT JUDGE			TIME: 1:00 PM (1/2 hr)

## CRIMINAL CAUSE FOR GUILTY PLEA

**DOCKET NO. 15-cr-519 (JMA)**

**FILED CLERK**
5/10/2016 3:24 pm
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

**DEFENDANT: Angel Castillo**            **DEF. #: 1**
☒ Present   ☐ Not present   ☐ Custody   ☒ Bail

**DEFENSE COUNSEL: Randi Chavis**
☒ Federal Defender   ☐ CJA   ☐ Retained

**AUSA: Allen Bode**

INTERPRETER:

PROBATION OFFICER/PRETRIAL:

COURT REPORTER: Perry Auerbach            COURTROOM DEPUTY: LMP

☒ Case Called.        ☒ Counsel present for all sides.

☒ Defendant is sworn, informed of his rights, and waives trial.

☒ Defendant enters a plea of Guilty to Count 1 of the Indictment.

☒ The defendant explains the offense committed and the Government outlines the proof they would present at trial.

☒ Having administered the allocution and finding that the plea was knowingly and voluntarily made and not coerced, the Court finds a factual basis for the plea and accepts it.

Sentencing:   ☒ To be set by Probation.
              ☐ Set for before Judge Azrack.

Defendant   ☐ Released on Bond   ☐ Remains in Custody.

OTHER: Government seeks to revoke bond. Argument heard. Matter adjourned to 5/11/2016 at 12:30 PM. Defendant remains on bond pending determination.